IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAY W. LEE                        PLAINTIFF

         v.            Civil No. 4:10-cv-004076

WARDEN TURNER, Miller
County Correctional Facility; and
OFFICER CHAPLIN WHITE, Miller
County Correctional Facility                  DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Jay W. Lee (hereinafter Lee) filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on June 1, 2010.  Lee has now filed a motion to dismiss the case.  He states he feels compelled to dismiss the case because his request for the assistance of counsel has been denied by the Court.  He also asks that he be allowed to withdraw all claims against the Defendants.

Lee has filed no motions for the appointment of counsel in this case.  However, as he desires to withdraw the case, I recommend the motion to dismiss (Doc. 39) be granted.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 31st day of May 2011.

                     /s/ *J. Marschewski*
                     HON. JAMES R. MARSCHEWSKI
                     CHIEF UNITED STATES MAGISTRATE JUDGE