```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION
```

JAY W. LEE                                                PLAINTIFF

v.                    Case No. 4:10-CV-04076

WARDEN TURNER, Miller County
Correctional Facility; and
OFFICER CHAPLIN WHITE, Miller
County Correctional Facility                             DEFENDANTS


## O R D E R

On this 23rd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 40) filed in this case on May 31, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 23rd day of June 2011.

*/s/ Paul K. Holmes, III*

**PAUL K. HOLMES, III**
**UNITED STATES DISTRICT JUDGE**